1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | JAMES JAMIL GARRETT,                    CASE NO. 1:10-cv-00779-GBC (PC)

10 |                              Plaintiff,   ORDER FINDING THAT PLAINTIFF IS
ENTITLED TO PROCEED IN FORMA

11 |        v.                               PAUPERIS ON APPEAL FILED AUGUST 3,
2011

12 |
MYERS, et al.,                           (ECF No. 26)

13 |
                             Defendants.   ORDER DIRECTING CLERK'S OFFICE TO

14 |                                        SERVE COPY OF ORDER ON NINTH
_____ /   CIRCUIT

15 |

16 |                                  **ORDER**

17 |        James Jamil Garrett ("Plaintiff") proceeded pro se and in forma pauperis in this civil

18 | rights action filed pursuant to 42 U.S.C. § 1983.  On June 15, 2011, the Court dismissed

19 | Plaintiff's action, without prejudice, for failure to exhaust administrative remedies.  (ECF

20 | No. 19.)  On August 3, 2011, Plaintiff filed a notice of appeal and on August 9, 2011, the

21 | Ninth Circuit remanded for the limited purpose of determining whether in forma pauperis

22 | status should continue for this appeal or whether the appeal is frivolous or taken in bad

23 | faith.  (ECF Nos. 23 & 26.)

24 |        Pursuant to the Federal Rules of Appellate Procedure,

25 |        A party who was permitted to proceed in forma pauperis in the district-court
action . . . may proceed on appeal in forma pauperis without further

26 |        authorization, unless:

27 |        (A) the district court - before or after the notice of appeal is filed - certifies
that the appeal is not taken in good faith or finds that the party is not

28 |        otherwise entitled to proceed in forma pauperis and states in writing its

1    reasons for the certification or finding;
     or
2
     (B) a statute provides otherwise.
3
Fed. R. App. P. 24(a)(3).
4
     The district clerk must immediately notify the parties and the court of appeals
5    when the district court does any of the following:
     (A) denies a motion to proceed on appeal in forma pauperis;
6    (B) certifies that the appeal is not taken in good faith; or
     (C) finds that the party is not otherwise entitled to proceed in forma pauperis.
7
8    Fed. R. App. P. 24(a)(4).

9        Because Plaintiff proceeded in forma pauperis in this action, Plaintiff is entitled to

10   proceed in forma pauperis on appeal unless the Court finds his appeal is not taken in good

11   faith or finds that he is not otherwise entitled to proceed in forma pauperis.  As set forth

12   below by this Order, the Court finds that Plaintiff is entitled to proceed in forma pauperis

13   on appeal.

14       "An appeal may not be taken in forma pauperis if the trial court certifies in writing

15   that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  "In the absence of some evident

16   improper motive, the applicant's good faith is established by the presentation of any issue

17   that is not plainly frivolous."  Ellis v. United States, 356 U.S. 674 (1958).  An action is

18   frivolous "where it lacks an arguable basis either in law or in fact."  Neitzke v. Williams, 490

19   U.S. 319, 325 (1989).  In other words, the term "frivolous", as used in § 1915 and when

20   applied to a complaint, "embraces not only the inarguable legal conclusion, but also the

21   fanciful factual allegation."  Id.

22       Pursuant to 28 U.S.C. § 1291, Plaintiff can appeal the Court's June 15, 2011 Order

23   dismissing the action as a final and appealable order.  Here, the Court an Order dismissing

24   the action because Plaintiff had failed to exhaust his administrative remedies before filing

25   his Complaint.  (ECF No. 19.)

26       Given that Plaintiff's action was dismissed for failure to exhaust administrative

27   remedies and the absence of improper motive, Plaintiff's appeal is not plainly frivolous.  It

28   does not appear to lack an arguable basis either in law or in fact.

1    Based on the foregoing, it is HEREBY ORDERED that:

2    Plaintiff's appeal is taken in good faith.  28 U.S.C. § 1915(a).  The Clerk's Office

3   shall serve a copy of this order on the Ninth Circuit.

4

5   IT IS SO ORDERED.

6

7   Dated:   __August 11, 2011___                        _____
                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28